ARW:cjn
AO 442 (Rev. 11/11) Arrest Warrant

2020R00041

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

UNITED STATES OF AMERICA

v.

MUHAMMAD MASOOD

Case No. 20-MJ-222 DTS

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     MUHAMMAD MASOOD,
who is accused of an offense or violation based on the following document filed with the court:

___ Indictment     ___ Superseding Indictment     ___ Information     ___ Superseding Information    X  Complaint
___ Probation Violation Petition     ___ Supervised Release Violation Petition     ___ Violation Notice     ___ Order of the Court

On or about March 19, 2020, in Hennepin County, in the State and District of Minnesota, defendant attempted to provide material support to a designated foreign terrorist organization.

in violation of Title 18, United States Code, Section(s) 2339B.

Date: 3/19/20

*Issuing officer's signature*

City and State: Minneapolis, MN

The Honorable David T. Schultz
United States Magistrate Judge
*Printed Name and Title*

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

SCANNED
MAR 19 2020
U.S. DISTRICT COURT MPLS