UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal Case No. CR 20-76 (PAM/KMM)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **MOTION FOR** |
| vs. ) | **COMPETENCY EVALUATION** |
| ) | |
| MUHAMMAD MASOOD, ) | |
| ) | |
| Defendant. ) | |

PLEASE TAKE NOTICE that undersigned counsel for Defendant Muhammad Masood hereby moves the Court to conduct a hearing to determine the mental competency of Mr. Masood.  This Motion is made pursuant to 18 U.S.C. § 4241 and Fed. R. Crim. P. 12.2(c)(1)(A). The grounds for this motion are that based on undersigned counsel's interactions with Mr. Masood and other information, undersigned counsel believes that he might be suffering from mental illness which renders him incompetent to understand the nature and consequences of the proceedings or assist properly in his defense. The grounds for further set forth in the accompanying declaration of counsel filed under seal. This Motion is based on all files, records and proceedings.

Dated:  September 11, 2020         LAW OFFICE OF JORDAN S. KUSHNER

                                                    By  s/Jordan S. Kushner
                                                       Jordan S. Kushner, ID 219307
                                                       Attorney for Defendant
                                                       431 South 7th Street, Suite 2446
                                                       Minneapolis, Minnesota  55415
                                                       (612) 288-0545