# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## TELEPHONE CONFERENCE MINUTE ENTRY

| | |
|---|---|
| United States of America, | **COURT MINUTES** |
| | BEFORE: Kate Menendez |
| Plaintiff(s), | U.S. Magistrate Judge |
| v. | |
| | Case No:   20-cr-76-PAM-KMM |
| Muhammad Masood, | Date:   3/29/21 |
| | Location:   Telephonic |
| Defendant(s). | Time Commenced:   8:30 a.m. |
| | Time Concluded:   8:55 a.m. |
| | Time in Court:   25 Minutes |

APPEARANCES:

For Plaintiff:    Andrew R. Winter, Katie Sweeten, Timothy C. Rank
For Defendant:    Jordan S. Kushner

The Court held a telephonic status conference to discuss the scheduling of a competency hearing in this matter. That proceeding will be held in person as soon as practicable.

*s/Kathy Thobe*
Judicial Assistant/Calendar Clerk