UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal Case No. CR 20-76 (PAM/KMM)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MUHAMMAD MASOOD, )<br>)<br>Defendant. ) | **NOTICE OF INSANITY DEFENSE** |

PLEASE TAKE NOTICE that Defendant Muhammad Masood, through undersigned counsel, pursuant to Rule 12.2 of the Federal Rules of Criminal Procedure, hereby notifies the government of his intent to assert a defense of insanity at the time(s) of the alleged offense.

Dated:  April 6, 2021                                                    LAW OFFICE OF JORDAN S. KUSHNER

                                                                                    By s/Jordan S. Kushner
                                                                                       Jordan S. Kushner, ID 219307
                                                                                       Attorney for Defendant
                                                                                       431 South 7th Street, Suite 2446
                                                                                       Minneapolis, Minnesota  55415
                                                                                       (612) 288-0545