# UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

# COMPETENCY HEARING

United States of America,

                    Plaintiff,

v.

Muhammad Masood,

                    Defendant.

**COURT MINUTES**

BEFORE: Kate Menendez
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 0:20-cr-76-PAM-KMM |
| Date: | April 9, 2021 |
| Courthouse: | St. Paul |
| Courtroom: | Devitt |
| Court Reporter: | Carla Bebault |
| Time Commenced: | 10:00 a.m. |
| Time Concluded: | 10:20 a.m. |
| Time in Court: | 20 Minutes |

**APPEARANCES:**

  For Government:  Andrew R. Winter

  For Defendant:    Jordan S. Kushner

**HEARING:**

   To determine Defendant's competency pursuant to 18 U.S.C. § 4241. [*See* ECF Nos. 33, 36, 41].

**ADDITIONAL INFORMATION:**

   Having received the competency-evaluation report this Court ordered [ECF Nos. 36, 41], the Court held a hearing to determine Mr. Masood's competency pursuant to 18 U.S.C. § 4241. Based on the report, to which neither party objected, the Court found that Mr. Masood was not competent to proceed in this matter at this time and committed him to the custody of the Attorney General. Further, Mr. Masood having provided notice of his intent to assert a defense of insanity [ECF No. 44], the government orally moved for an examination pursuant to Federal Rule of Criminal Procedure 12.2 and 18 U.S.C. § 4242. The Court granted the government's motion. A written order capturing the Court's findings and will follow shortly.

                                        s/Joe Nelson
                                        Signature of Law Clerk

1