# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# TELEPHONE CONFERENCE MINUTE ENTRY

United States of America,

        Plaintiff(s),

v.

Muhammad Masood,

        Defendant(s).

**COURT MINUTES**
BEFORE: Kate Menendez
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 20-cr-76-PAM-KMM |
| Date: | 6/2/21 |
| Location: | Telephonic |
| Time Commenced: | 10:00 a.m. |
| Time Concluded: | 10:08 a.m. |
| Time in Court: | 8 Minutes |

APPEARANCES:

For Plaintiff:    Andrew R. Winter
For Defendant:    Jordan S. Kushner

The Court held a telephonic status conference to discuss Dr. Masood's medical care and planned transfer to a BOP facility.

                                            *s/Kathy Thobe*
                                            Judicial Assistant/Calendar Clerk