# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## TELEPHONE CONFERENCE MINUTE ENTRY

| | |
|---|---|
| United States of America, | **COURT MINUTES** |
| | BEFORE: Kate Menendez |
| Plaintiff(s), | U.S. Magistrate Judge |
| v. | |
| | Case No:    20-cr-76-PAM-KMM |
| Muhammad Masood, | Date:    7/6/21 |
| | Location:    Telephonic |
| Defendant(s). | Time Commenced:    9:30 a.m. |
| | Time Concluded:    9:40 a.m. |
| | Time in Court:    10 Minutes |

APPEARANCES:

For Plaintiff:     Andrew R. Winter
For Defendant:   Jordan S. Kushner

The Court held a status conference to discuss efforts to transport Mr. Masood to an FMC pursuant to the Court's April commitment Order.

<i>s/Kathy Thobe</i><br>
Judicial Assistant/Calendar Clerk