# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

United States of America,                          Case No. 20-cr-76 (PAM/TNL)

           Plaintiff,

v.                                                                        **ORDER**

Muhammad Masood,

           Defendant.

---

This matter is before the Court on Defendant's Motion for Continuance of Hearing, ECF No. 60. Defendant requests that the competency hearing scheduled for April 28, 2022, *see generally* ECF No. 59, be continued until after Ramadan, which ends on May 1, 2022. Among other things, Defendant states that he "is not able to adequately concentrate in a court hearing due to the effects of his fasting and irregular sleep schedule brought about by fasting and his prayer regimen." ECF No. 60 at 1. By e-mail correspondence, the Government has indicated that it has no objection to Defendant's request.

Based on the foregoing, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion for Continuance of Hearing, ECF No. 60, is **GRANTED**.

2. The hearing before the undersigned to determine the mental competency of Defendant is continued to **June 3, 2022**, at **1:00 p.m.**, in Courtroom 9W, Diana E. Murphy U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota.

3. The time period from the original order for a competency evaluation through the final decision on Defendant's competency is excludable

1

time under 18 U.S.C. § 3161(h)(1)(A).

Dated:  April___21___, 2022 _____*s/ Tony N. Leung*_____
TONY N. LEUNG
United States Magistrate Judge
District of Minnesota


*United States v. Masood*
Case No. 20-cr-76 (PAM/TNL)

2