UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Muhammad Masood,<br><br>    Defendant. | Criminal No. 20-076 (PAM/TNL)<br><br><br>**ARRAIGNMENT NOTICE AND SCHEDULING ORDER** |

  **PLEASE TAKE NOTICE** that an arraignment hearing will be held before the undersigned United States Magistrate Judge on **August 2, 2022** at **1:30 p.m.**, in **Courtroom 9W**, U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415.

  **FURTHER, IT IS HEREBY ORDERED** that the following schedule shall govern these proceedings:

  1. The government must make all disclosures required by Federal Rule of Criminal Procedure 16(a) by **June 24, 2022**. D. Minn. LR 12.1(a)(1). In order to avoid the need for a recess of the motions hearing, the government is requested to make, by **June 24, 2022**, all disclosures which will be required by Fed. R. Crim. P. 26.2 and 12(h).

  2. Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to disclose to the defendant all exculpatory evidence- that is, evidence that favors the defendant or casts doubt on the United States' case, as required by *Brady*

*v. Maryland,* 373 U.S. 83 (1963) and its progeny, and orders the United States to do so. Failure to do so in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court.

3. Defendant must make all disclosures required by Federal Rule of Criminal Procedure 16(b) by **July 1, 2022**. D. Minn. LR 12.1(a)(2).

4. All motions in the above-entitled case must be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 on or before **July 8, 2022**.[1] D. Minn. LR 12.1(c)(1). Two courtesy copies of all motions and responses must be delivered directly to the chambers of Magistrate Judge Leung.[2]

5. **Counsel must electronically file a letter on or before July 8, 2022 if no motions will be filed and there is no need for hearing**.

6. All responses to motions must be filed by **July 22, 2022**. D. Minn. LR 12.1(c)(2).

7. Any Notice of Intent to Call Witnesses must be filed by **July 22, 2022**. D. Minn. LR. 12.1(c)(3)(A).

8. Any Responsive Notice of Intent to Call Witnesses must be filed by **July 27, 2022**. D. Minn. LR 12.1(c)(3)(B).

---

[1] "Before filing a motion under Fed. R. Crim. P. 12(b), the moving party must confer with the responding party. The parties must attempt in good faith to clarify and narrow the issues in dispute." D. Minn. LR 12.1(b).
[2] U.S. Mail or hand-deliver to 300 South Fourth Street, Suite 9W, Minneapolis, MN 55415.

9. A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

    a. The government makes timely disclosures and Defendant identifies in the motions particularized matters for which an evidentiary hearing is necessary; or

    b. Oral argument is requested by either party in its motion, objection or response pleadings.

10. If required, the motions hearing must be heard before Magistrate Judge Tony N. Leung on **August 2, 2022**, at **1:30 p.m.**, in **Courtroom 9W**, U.S. Courthouse, 300 South Fourth Street, MINNEAPOLIS, Minnesota.  D. Minn. LR 12.1(d).

11. **TRIAL:**

    a. **IF NO PRETRIAL MOTIONS ARE FILED BY DEFENDANT: the following trial and trial-related dates are:**

All voir dire questions and jury instructions must be submitted to Senior District Judge Paul A. Magnuson on or before **October 24, 2022**.

This case must commence trial on **November 14, 2022**, at **9:00 a.m.** before District Judge Magnuson in Courtroom 7D, Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street, **SAINT PAUL**, Minnesota.

    b. **IF PRETRIAL MOTIONS ARE FILED, the trial date, and other related dates, will be rescheduled following the ruling on pretrial motions. Counsel must contact the Courtroom Deputy for District Judge Magnuson to confirm the new trial date.**

Dated:  June 17, 2022         *s/Tony N. Leung*
                                         TONY N. LEUNG
                                         United States Magistrate Judge