UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal Case No. CR 20-76 (PAM/KMM)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| MUHAMMAD MASOOD, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Muhammad Masood, through undersigned counsel, certifies on August 21, 2023 that he served the video files contained in Doc. 122 on opposing counsel Andrew Winter by sharing said files on Google Drive through his registered email address Andrew.Winter@USDOJ.gov.

Dated:  August 21, 2023

LAW OFFICE OF JORDAN S. KUSHNER

By  s/Jordan S. Kushner
    Jordan S. Kushner, ID 219307
    Attorney for Defendant
    431 South 7th Street, Suite 2446
    Minneapolis, Minnesota  55415
    (612) 288-0545