# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING HEARING

| | |
|---|---|
| **UNITED STATES OF AMERICA**, Plaintiff, | **COURT MINUTES - CRIMINAL** |
| v. | Case No: 20-CR-00076 (PAM/TNL) |
| | Date: August 25, 2023 |
| **MUHAMMAD MASOOD** | Court Reporter: Erin Drost |
| Defendant. | Courthouse: Saint Paul |
| | Courtroom: 7D |
| | Time Commenced: 11:05 a.m. |
| | Time Concluded: 12:35 p.m. |
| | Time in Court: 90 Minutes |

Before The Hon. Paul A. Magnuson, United States District Judge, Saint Paul, Minnesota.

**APPEARANCES:**
  For Plaintiff:    Andrew R. Winter, DOJ-USAO
  For Defendant:  Jordan S. Kushner, RET

**PROCEEDINGS**:
  X Sentencing

**IT IS ORDERED**:
  Defendant is sentenced to:

| Count No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| One (1) of The Indictment | X | | Two Hundred Sixteen (216) months | | Five (5) Years | | |

  X  **See J&C for Special Conditions**.

  X  **Defendant sentenced to pay**:
     X Special Assessment in the amount of $100.00 is due immediately to the Crime Victims Fund.

  X  Sealed Matters: Sentencing/sealed documents are sealed indefinitely.

Dated:  August 25, 2023                                            s/Nicole Johnson
                                                                                   Courtroom Deputy to
                                                                                   The Hon. Paul A. Magnuson