UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal Case No. 20-76 (PAM/TNL)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | USCA NO. _____ |
| | ) | |
| Plaintiff, | ) | District Court Judge - |
| | ) | Paul A. Magnuson |
| vs. | ) | |
| | ) | **NOTICE OF APPEAL** |
| MUHAMMAD MASOOD, | ) | |
| | ) | |
| Defendant. | ) | |

Notice is hereby given that Defendant **Muhammad Masood** appeals to the United States Court of Appeals for the Eighth Circuit from the **Judgment in a Criminal Case** filed on August 25 and entered on August 28, 2023 (and an Amended Judgement filed on August 25 and entered on August 29, 2023).

Dated:  August 30, 2023                              LAW OFFICE OF JORDAN S. KUSHNER

By s/Jordan S. Kushner
Jordan S. Kushner, ID 219307
Attorney for Defendant
431 South 7th Street, Suite 2446
Minneapolis, Minnesota  55415
(612) 288-0545

**TRANSCRIPT ORDER FORM**

Plea transcript has been prepared. Sentencing transcript has been ordered.

**CERTIFICATE OF COMPLIANCE**

Appellant hereby certifies that transcripts of part of the proceedings through trial have been completed, and the transcripts of other hearings and sentencing have been ordered through a completed CJA Form 24.

Attorney's Signature  s/Jordan S. Kushner                              Date:  August 30, 2023

## INFORMATION SHEET

1. Defendant's Address:  Sherburne County Jail, 13880 Business Center Drive NW, Elk River, MN  55330.

2. Date of Sentence:  August 25, 2023, following guilty plea.
   Offenses:  Material Support for a Foreign Terrorist Organization, 18 U.S.C. § 2339B;

   Trial Testimony - Number of Days: n/a          Bail Status - In custody.

3. Sentence and Date Imposed:  216 months, August 25, 2023.

4. Appealing:  Sentence.

5. Date Trial Transcript ordered by Counsel or District Court:   No trial. Sentencing transcript ordered on August 29, 2023. Other transcripts have been completed.

   Stenographer in Charge: Erin Drost, 316 North Robert Street, Suite 146, St. Paul, Minnesota 55101; (651) 848-1227.

6. Trial Counsel was:  Retained

   Does Defendant's financial status warrant appointment of counsel on appeal?  Yes Affidavit of Financial Status filed:  Previously found eligible for public defender and approved for court payment of costs.

   Is there any reason why trial counsel should not be appointed as counsel on appeal?  No.

7. Assistant U.S. Attorney Name and Phone Number:  Andrew Winter, (612) 664-5600

**Court Reporter Acknowledgment**

Date Order Received _____          Completion Date _____

Number of Pages _____

_____                    _____
Court Reporter's Signature                                          Date