UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

Crim No. 20-76 (PAM/TNL)

Plaintiff,

v.

**ORDER**

Muhammad Masood,

Defendant.

---

This matter is before the Court on the Government's third Motion for Enlargement of Time. The Government seeks a one-day extension of time to respond to Masood's Motion under 28 U.S.C. § 2255 and supporting documents. The Court finds that an extension is warranted.

Accordingly, **IT IS HEREBY ORDERED that:**

1. The Government's Motion for Enlargement of Time (Docket No. 175) is **GRANTED** and the Government's response is due November 6, 2026; and
2. Any reply is due December 8, 2026.

Dated: November 6, 2026

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge